

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:       Donald E. Spencer v. Joe Pagliarulo and CC Media Holdings, Inc.

Appellate case number:     01-14-00376-CV

Trial court case number:   2013-67694

Trial court:               55th District Court of Harris County

Date motion filed:         October 15, 2014

Party filing motion:       Appellant

 

It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ <u>Sherry Radack</u>
     Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Date:  October 23, 2014